17020.   DAVIS *v.* THE STATE.

BROYLES, C. J.  The amendment to the motion for a new trial is merely an elaboration of the general grounds; the verdict is authorized by the evidence; and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1926.

Embezzlement; from Grady superior court—Judge Custer. October 29, 1925.

*J. A. Pope, S. P. Cain,* for plaintiff in error.

*B. C. Gardner, solicitor-general, Ira Carlisle,* contra.

Criminal Law, 17 C. J. p. 271, n. 41.

17038.   STEWART *v.* THE STATE.

BROYLES, C. J.  The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial (some of which were disapproved by the court) show cause for a reversal of the judgment below.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1926.

Conviction of forgery; from Fulton superior court—Judge Howard.   November 28, 1925.

*Audley M. Lane,* for plaintiff in error.

*John A. Boykin, solicitor-general, John H. Hudson, J. Walter LeCraw,* contra.

Criminal Law, 17 C. J. p. 271, n. 41.